UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff

v.                                                                    FILE NO.: 23-CR-99-LJV-JJM

HOWARD HINKLE,

                              Defendant
_____

CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2025, I electronically filed the foregoing Reply to Government Removal of Dual Counsel, with the Clerk of the District Court using the CM/ECF system.

                                                     *s/ Christie M. Henry*
                                                     Christie M. Henry