IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                                             23-CR-99-JJM-EAW

SIMON GOGOLACK, et al.,

              Defendants.
_____

## MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Casey L. Chalbeck, Assistant United States Attorney, of counsel, hereby moves to file under seal its unredacted letter responding to the defendants' motions for the disclosure of certain U.S. Probation files. *See* Mot. Prod. & Rev. Prob. Files, ECF No. 507, (dated July 24, 2025); Mot. Prob. Mat., ECF No. 517, (dated July 28, 2025).

Specifically, the government's letter references the names of two individuals, whose identities have been disclosed through the early release of certain grand jury material. Because the identities of these individuals relate to grand jury material and are not yet public—and because the underlying motions seek the disclosure of their confidential U.S. Probation files—the government respectfully asks that it be given leave to file its (1) unredacted letter under seal and (2) a redacted letter on the public docket. *See* FED. R. CRIM. P. 6(e)(6) ("Records, orders and subpoenas relating to grand jury proceedings must be kept under seal to the extent and as long as necessary to prevent the unauthorized disclosure of a matter occurring before a grand

jury."); *United States v. Rechnitz*, 75 F. 4th 131, 146 (2d Cir. 2023) (recognizing that grand jury matters may be communicated in a sealed manner).

DATED: Buffalo, New York, August 15, 2025.

                                            MICHAEL DIGIACOMO
                                            United States Attorney

BY:    s/ CASEY L. CHALBECK
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        (716) 843-5881
        Casey.Chalbeck@usdoj.gov