IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.                                                     23-CR-99-JJM-EAW

SIMON GOGOLACK, et al.,

        Defendants.
_____

## NOTICE OF EX PARTE FILING AND MOTION FOR SEALING

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Casey L. Chalbeck, Assistant United States Attorney, of counsel, hereby files notice that on October 16, 2025, the United States filed a motion to stay the Magistrate Court's unredacted Decision and Order (ECF No. 643) *ex parte* and moves for said filing to be accepted under seal and retained *ex parte*.

Because the government's response concerns secret Grand Jury material, the government respectfully asks that it be accepted under seal and retained *ex parte*. *See In re John Doe Corp.*, 675 F.2d 482, 490 (2d Cir. 1982) (*in camera*, *ex parte* submission is appropriate where it is the only way to resolve an issue without compromising the need to preserve the secrecy of the grand jury).

DATED: Buffalo, New York, October 17, 2025.

                                                                             MICHAEL DIGIACOMO
                                                                             United States Attorney

Case 1:23-cr-00099-EAW-JJM   Document 644   Filed 10/17/25   Page 2 of 2

BY: CASEY L. CHALBECK
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
Casey.Chalbeck@usdoj.gov

2