UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                               Plaintiff

v.

                                                      FILE NO.: 23-CR-99-EAW

HOWARD HINKLE,

                               Defendant

_____

CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2026, I electronically filed the foregoing  Response to Government's Motion in Limine to Admit Text Messages Concerning Alleged July 28, 2023 Biker Confrontation with the Clerk of the District Court using the CM/ECF system.


                                              *s/ Christie M. Henry*
                                              Christie M. Henry